DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

NATIONSTAR MORTGAGE, LLC,

Appellant,

v.

ADAM BROWN and HANA R. BROWN,

Appellees.

No.  2D2023-2088
————————————————

August 30, 2024

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Alec P. Hayes of Troutman Pepper Hamilton Sanders LLP, Atlanta, Georgia, for Appellant.

Scott D. McKay of McKay Law Firm, P.A., Bradenton, for Appellees.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.